UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON SANCHEZ,

        Plaintiff,

   v.                                          NO. CIV. S-01-209 LKK/JFM

SOUTHERN PACIFIC TRANSPORTATION
COMPANY; and UNION PACIFIC              O R D E R
RAILROAD,

        Defendants.
                                     /

    This matter is set for trial commencing on August 16, 2005. In the tentative pretrial order filed May 27, 2005, the court directed the parties to bring on their motions in limine and those under <u>Daubert</u> not later than twenty days before the first day of trial. In the final pretrial order filed July 26, 2005, the court allowed plaintiff to bring additional motions in limine requested in his objections and request for augmentation to the tentative pretrial order. The court also extended the deadline by which to bring motions in limine to July 29, 2005.
////

1

1  On July 26, 2005, the chambers of the undersigned contacted the
2  office of both counsel to ensure adequate notification regarding
3  the extension of the filing deadline for the motions in limine.
4  To date, none have been filed.
5       Accordingly, the court hereby ORDERS that the parties are
6  PRECLUDED from bringing untimely motions in limine and none will
7  be entertained.  The matter is CONFIRMED for trial on August 16,
8  2005.
9       IT IS SO ORDERED.
10      DATED: August 1, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT