UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON SANCHEZ,

        Plaintiff,

   v.

SOUTHERN PACIFIC TRANSPORTATION COMPANY; and UNION PACIFIC RAILROAD,

        Defendants.
_____/

NO. CIV. S-01-209 LKK/JFM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set, including trial currently set for August 16, 2005, in this matter are hereby **VACATED**.

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SUBSTANTIAL SANCTIONS ON ANY AND ALL COUNSEL OR</u>
3  <u>PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4  IT IS SO ORDERED.
5  DATED: August 1, 2005.

<u>/s/Lawrence K. Karlton</u>
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT