1  LARRY LOCKSHIN (#61926 CA)
   Larry Lockshin, Esq.
2  A Law Corporation
   701 University Avenue, Suite 100
3  Sacramento, CA 95825
   Telephone:  (916) 649-3777
4  Facsimile:  (916) 649-3779

5  Attorneys for Plaintiff
   RON SANCHEZ
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  RON SANCHEZ,                          )   No. CIV-S-01-0209 LKK JFM
                                          )
13          Plaintiff,                    )
                                          )
14      v.                                )
                                          )
15                                        )
    SOUTHERN PACIFIC                      )
16  TRANSPORTATION COMPANY;               )
    UNION PACIFIC RAILROAD; and           )
17  DOES 1 through 50, inclusive,         )
                                          )
18          Defendants.                   )
                                          )
19  _____

20

21

22

23

24        **VOLUNTARY DISMISSAL BY STIPULATION AND ORDER**

25

26

27

28

Plaintiff, RON SANCHEZ, by and through his counsel, Larry Lockshin, Esq., A Law Corporation, and Defendant UNION PACIFIC RAILROAD, by and through their attorney, James Barclay, Esq. hereby stipulate that the above-entitled action may be dismissed with prejudice. Each party to bear its own costs and fees, pursuant to the terms of the stipulation.

DATED: September 15, 2005

UNION PACIFIC RAILROAD COMPANY

By _/s/ James Barclay_
JAMES BARCLAY, ESQ.
Attorneys for Defendant

DATED: September 15, 2005

LARRY LOCKSHIN, ESQ
A Law Corporation

By _/s/ Larry Lockshin_
LARRY LOCKSHIN, ESQ.
Attorneys for Plaintiff

**IT IS SO ORDERED:**

DATED: September 29, 2005

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE